UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:07-cr-1 |
| vs. ) | |
| ) | JUDGE MATTICE |
| LUIS ALBERTO BENITEZ ) | MAGISTRATE JUDGE LEE |
| RUBEN RAMOS ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants LUIS ALBERTO BENITEZ and RUBEN RAMOS on the indictment returned by the Grand Jury, was held before the undersigned on January 11, 2007.

Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The defendant, LUIS ALBERTO BENITEZ.
(3) Atty. Aubrey Harper for defendant Benitez.
(4) The defendant, RUBEN RAMOS.
(5) Atty. Rusty Leonard for defendant Ramos.
(6) Courtroom Deputy Pam Scott.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The individuals present were the defendants named in the indictment.

The defendants acknowledged having been provided with a copy of the indictment. The defendants both waived a formal reading of the indictment and both defendants entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE